IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:08CR3162 |
| v. ) | |
| ) | |
| MARTHA ELLEN LOUNSBURY, ) | |
| ) | MEMORANDUM AND ORDER |
| Defendant. ) | |
| ) | |

A hearing was held before me on June 4, 2009 on allegations made in the petition for action on conditions of pretrial release, filing no. 19. The defendant was present with counsel, and was advised of her rights. The defendant stood mute, which the court took as a denial of the allegations. I therefore find that the allegations of violation of the order of release are true.

Regarding disposition, the government sought detention. Based upon the Pretrial Services Report, I find that there is a substantial risk of nonappearance. I therefore conclude that detention is appropriate.

IT THEREFORE HEREBY IS ORDERED,

The previous order of release, filing no. 14, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

DATED June 5, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judg