IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3162 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MARTHA ELLEN LOUNSBURY, | ) | |
| | ) | |
| Defendant. | ) | |

With the agreement of the Probation Officer,

IT IS ORDERED that the requirement that the defendant pay "subsistence" to CH, Inc. is waived.

Dated September 11, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge